[No. 52831-9-I.   Division One.   November 22, 2004.]

*In the Matter of the Marriage of* DENNIS MICHELSON, *Appellant*, and ELIZABETH MICHELSON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-3-00229-6, George N. Bowden, J., entered July 8, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52944-7-I.   Division One.   November 22, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS ROMMEL MURRAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05572-3, Carol A. Schapira, J., entered August 25, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Becker, JJ.

[No. 52961-7-I.   Division One.   November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKO FERNANDEZ EASTERLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03836-5, Richard A. Jones, J., entered August 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52973-1-I.   Division One.   November 22, 2004.]

STACY PINNEY, *Appellant*, v. NORDSTROM, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-19525-5, Nicole MacInnes, J., entered August 26, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.